# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 3013

## NO. 03-13-00631-CV

**Billy Caffey, Individually and as Personal Representative of the Estate of Brian W. Caffey, Appellant**

**v.**

**American Medical Response of Texas, Inc.; AMR Employee No. 230/EMTP Attendant D. Stevens; and AMR Employee No. 139/EMTP Unknown Driver, Appellees**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** having this day come on to be considered, and the Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: **IT IS ACCORDINGLY** considered, adjudged and ordered that the appeal is dismissed for want of jurisdiction. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.